UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CRIMINAL ACTION NO. 04-06-DLB-1

**UNITED STATES OF AMERICA**                                         **PLAINTIFF**

vs.                                   **ORDER**

**JEREMY DALE WILSON**                                         **DEFENDANT**

\* \* \* \* \* \* \*

This matter is before the Court upon the November 16, 2011, Report and Recommendation (R&R) of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of eleven (11) months imprisonment. (Doc. # 51). During the final revocation hearing conducted by Magistrate Judge Atkins on November 14, 2011, Defendant orally stipulated to five (5) violations involving three (3) different supervised release conditions as described in the August 23, 2011 Supervised Release Violation Report, and the United States moved to dismiss the remaining violations as explained in the September 12, 2011 Addendum and the violation set forth in the Addenda of September 12 and 23, 2011.

Defendant having executed a waiver of his right to allocution (Doc. # 50), and having filed no objections to the R&R and the time to do so having expired, the R&R is now ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

1. The Report and Recommendation (Doc. # 51) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

2. Defendant is found to have **VIOLATED** the terms of his supervised release;

3. Defendant's supervised release is hereby **REVOKED**;

4. Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **11 months**, **with no additional supervised release to follow**;

5. That upon motion of the United States, the alleged violation of Supervised Release Condition No. 2 as reflected in the reports of September 12 and 23, 2011, is hereby **DISMISSED without prejudice**;

6. That upon motion of the United States, the violation of Supervised Release Condition No. 2 found on page one (1) of the report of August 23, 2011, and Standard Condition No. 7 found on page two (2) of the same report, be **DISMISSED with prejudice**; and

7. A Judgment shall be entered concurrently herewith.

This 7th day of December, 2011.

Signed By:
*David L. Bunning*
**United States District Judge**