UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

**CRIMINAL ACTION NO. 04-6-DLB-EBA**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

vs.        **ORDER ADOPTING REPORT AND RECOMMENDATION**

JEREMY DALE WILSON                                                                           DEFENDANT

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins (Doc. # 59), wherein he recommends that Defendant Jeremy Dale Wilson's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 56) be denied. No objections having been filed and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, the Court concludes that it is sound in all respects, and agrees that Defendant's Motion should be denied. Accordingly,

**IT IS ORDERED** as follows:

(1) The Report and Recommendation of the United States Magistrate Judge (Doc. # 59) be, and is, hereby **adopted** in full as the findings of fact and conclusions of law of the Court;

(2) Defendant's Motion to Vacate Pursuant to 28 U.S.C. § 2255 (Doc. # 56) is hereby **denied**;

1

(3)  For the reasons set forth in the Report and Recommendation of the United States Magistrate Judge, the Court determines there would be no arguable merit for an appeal in this matter and, therefore, no certificate of appealability shall issue; and

(4)  This matter is hereby **dismissed with prejudice** and **stricken** from the Court's active docket.

This 3rd day of June, 2016.

Signed By:
*David L. Bunning*   DB
United States District Judge

K:\DATA\ORDERS\Ashland Criminal\2004\4-6 Order Adopting R&R without Objections.wpd